IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00527-GPG

ARLENE ROSETTA-RANGEL,
BRIAN O'CONNELL, and
GREGORY RUTSCHMAN, et al.,

      Plaintiffs,

v.

STATE OF COLORADO,
RICK RAEMISCH, In his Official Capacity as Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity,
ROGER WERHOLTZ, In his Official Capacity as Previous Executive Director of the
      Colorado Department of Corrections, and in his Individual Capacity,
TONY CAROCHI, In his Official Capacity as Previous Executive Director of the
      Colorado Department of Corrections, and in his Individual Capacity,
TOM CLEMENTS, In his Official Capacity as Previous Executive Director of the
      Colorado Department of Corrections, and in his Individual Capacity By and
      Through his ESTATE,
ARISTEDES ZAVARIS, In his Official Capacity as Previous Executive Director of the
      Colorado Department of Corrections, and in his Individual Capacity,
JOE ORTIZ, In his Official Capacity as Previous Executive Director of the Colorado
      Department of Corrections, and in his Individual Capacity, and
JOHN SUTHERS, In his Official Capacity as Previous Executive Director of the
      Colorado Department of Corrections, and in his Individual Capacity,

      Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be assigned to a presiding judge and when applicable to a magistrate judge.

*See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be assigned to a presiding  judge and when applicable to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

DATED March 16, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____

United States Magistrate Judge