**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00527-RBJ-NYW

ARLENE RANGEL,
BRIAN O'CONNELL, and
GREGORY RUTSCHMAN,

Plaintiffs,

v.

STATE OF COLORADO,
RICK RAEMISCH, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity; and the following previous parties in their capacity as Executive Directors and in their individual capacities,
ROGER WERHOLTZ,
TONY CAROCHI,
TOM CLEMENTS, by and through his Estate,
ARISTEDES ZAVARIS,
JOE ORTIZ, and
JOHN SUTHERS,

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

IT IS ORDERED that a Scheduling Conference is set for **July 2, 2015 at 9:15 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: May 18, 2015                                BY THE COURT:

                                                                                 s/Nina Y. Wang_____
                                                                                 United States Magistrate Judge