# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00527-RBJ-NYW

ARLENE RANGEL, ARLENE ROSETTA RANGEL,
BRIAN O'CONNELL, and
GREGORY RUTSCHMAN,

Plaintiffs,

v.

STATE OF COLORADO,
RICK RAEMISH, in his official capacity as Executive Director of the Colorado Department of Corrections, and in his individual capacity; and the following previous parties in their capacity as Executive Directors and in their individual capacities,
ROGER WERHOLDZ,
TONY CAROCHI,
TOM CLEMENTS, by and through his Estate,
ARISTEDES ZAVARIS,
JOE ORTIZ, and
JOHN SUTHERS,

Defendants

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before the court on the Parties' joint Stipulated Motion to Stay Case for 90 Days, filed on July 10, 2015 [#35] (the "Motion"). Pursuant to the Order Referring Case dated April 2, 2015 [#10] and the Memorandum dated July 13, 2015 [#38], the Motion is before this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that that the case is stayed for a period of ninety (90) days, running from July 10, 2015. The status conference set for **October 5, 2015 at 10:00 a.m.** remains set.

DATED: July 15, 2015