IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00527-RBJ-NYW | Date: | January 7, 2016 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| ARLENE ROSETTA-RANGEL, BRIAN O'CONNELL, GREGORY RUTSCHMAN,  **Plaintiffs,**  v.  STATE OF COLORADO, RICK RAEMISCH, ROGER WERHOLTZ, TONY CAROCHI, TOM CLEMENTS, ARISTEDES ZAVARIS, JOE ORTIZ, JOHN SUTHERS,  **Defendants.** | *Blake E. Embry*  *Nicole S. Gellar* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 10:00 a.m.

Appearance of counsel.

Discussion held regarding the status of the case and timing related to pending motions. Parties intend to rely on written briefing for determination of the Motion to Stay Pending Resolution of the Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(1) and (6) (Doc. 25) [29], filed June 22, 2015.

**ORDERED:  The Motion to Stay [29] is GRANTED in PART and DENIED in PART. The court stays proceedings until a Recommendation on the Motion to Dismiss the Amended Complaint (Doc. 11) Pursuant to Fed.R.Civ.P. 12(B)(1) and (6) [25] is issued.**

Court in Recess:  10:08 a.m.          Hearing concluded.          Total time in Court: 00:08

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.